IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   04-cv-01450-RPM

SHIRLEY HANSEN,

     Plaintiff,

v.

CANYON RUN ASSOCIATION,

     Defendant.

---

ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

---

Upon review of the Pretrial Order entered by Magistrate Judge Boland on September 26, 2005, and it appearing that this civil action is ready for trial, it is

It is ORDERED, that a trial to a jury will be convened on **May 1, 2006, at 9:00 a.m. with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Trial Procedures may be found at **www.cod.uscourts.gov/judges_frame.htm.**  It is

FURTHER ORDERED that a final trial preparation conference will be held on **April 7, 2006, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado, and it is

FURTHER ORDERED that the defendant's motion for determination of question of law, filed September 29, 2005, is denied.  The legal issue will be decided by the Court at trial after consideration of the evidence.

Dated: October 3, 2005

                                        BY THE COURT:

                                        s/Richard P. Matscb
                                        _____
                                        Richard P. Matsch, Senior District Judge