IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   04-cv-01450-RPM

SHIRLEY HANSEN,

      Plaintiff,

v.

CANYON RUN ASSOCIATION,

      Defendant.

**Minute Order Entered by Senior Judge Richard P. Matsch:**


s/M.V.Wentz
Secretary


      Due to a conflict in the Court's trial calendar, the 3-day jury trial in this matter set for October 17, 2006, is **rescheduled** for **October 18, 2006, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first day of trial.**


DATED: October 4, 2006