IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 04-cv-01450-RPM

SHIRLEY HANSEN,

    Plaintiff,

v.

CANYON RUN ASSOCIATION,

    Defendant.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

---

IT IS STIPULATED AND ORDERED that at the conclusion of the trial which began on October 17, 2006, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this 20 day of October, 2006.

BY THE COURT:

_____
Richard P. Matsch, Senior Distric Judge
United States District Court

APPROVED AS TO FORM:

_____    _____
Attorney for Plaintiff                                      Attorney for Defendant