IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   04-cv-01450-RPM

SHIRLEY HANSEN,

        Plaintiff,

v.

CANYON RUN ASSOCIATION,

        Defendant.

---

ORDER STRIKING DEFENDANT'S MOTION FOR ENFORCEMENT OF
SETTLEMENT AND FOR ATTORNEY FEES

---

On April 24, 2008, Canyon Run Association filed in the court's Electronic Filing System a pleading designated Defendant's Motion for Enforcement of Settlement and for Attorney Fees.  The filing purports to be in Civil Action No. 04-cv-01450-RPM-BNB, a case closed after receipt of a notice of settlement of costs on February 15, 2007.  The motion asks this Court to enforce the terms of the agreement settling that issue.  As noted in the motion, that is a matter of contract and this Court has no jurisdiction to resolve that issue.  Accordingly, it is

ORDERED that the Defendant's Motion for Enforcement of Settlement and for Attorney Fees is stricken.

DATED: April 25th, 2008

                                        BY THE COURT:

                                        s/Richard P. Matsch

                                        _____
                                        Richard P. Matsch, Senior Judge